## LENNINGTON ET AL. *v.* LENNINGTON ET AL.

[No. 12,238.   Filed June 30, 1925.]

From Allen Superior Court; *Carl Yaple*, Special Judge.

Action between Homer Lennington and another and Ort A. Lennington and others.   From the judgment rendered, the former appeal.   *Reversed.*   By the court in banc.

*Lee J. Hartzell* and *Levi A. Todd*, for appellant.

REMY, C. J.—Reversed on authority of *Miller* v. *Julian* (1904), 163 Ind. 582, 72 N. E. 588.   But see, *Walpole's Admr.* v. *Bishop* (1869), 31 Ind. 156; *Finnegan* v. *Finnegan* (1890), 125 Ind. 262, 25 N. E. 341; *Jewell* v. *Gaylor* (1901), 157 Ind. 188, 60 N. E. 1083.

## HANCOCK *v.* ESTATE OF DELP.

[No. 12,262.   Filed July 1, 1925.]

From Parke Circuit Court; *Roy Baker*, Judge.

Action between Howard L. Hancock and the Estate of Juel Delp.   From the judgment rendered, the former appeals.   *Reversed.*   By the court in banc.

*Elwood Hunt*, for appellant.

PER CURIAM.—Judgment reversed, without prejudice, on authority of *Rose* v. *Arford* (1909), 172 Ind. 269.

## CENTRAL STATES GAS COMPANY *v.* PARKER RUSSELL MINING AND MANUFACTURING COMPANY ET AL.

[No. 12,304.   Filed July 1, 1925.]

From Gibson Circuit Court; *Robert C. Baltzell*, Judge.

Action between the Central States Gas Company and the Parker Russell Mining and Manufacturing Company and others. From the judgment rendered, the former appeals.   *Affirmed.*   By the court in banc.

*Marshall & Fraser, P. R. Taylor, Baltzell & Baltzell* and *William A. Alsop*, for appellant.

*Douglas W. Robert, William F. Calverly, Lucius C. Embree, Morton C. Embree* and *Emison & Hoover*, for appellees.

PER CURIAM.—Judgment affirmed.